# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES,** <br><br> Plaintiff, <br><br> vs. <br><br> **KTGF LICENSE CORPORATION,** <br><br> Defendant. | CV 17-13-GF-BMM <br><br> **ORDER** |

Upon consideration of the United States' unopposed motion to dismiss action (doc. 6),

IT IS HEREBY ORDERED that since the claims of plaintiff, United States, have been fully compromised and settled on the merits, the above-captioned action is dismissed. IT IS FURTHER ORDERED that each party shall bear its own legal costs incurred in connection with this matter.

**DATED** this 12th day of September, 2017.

_____
Brian Morris
United States District Court Judge